AO91 (Rev. 12/03)   Criminal Complaint                                                                                       AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
                    **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:17-po-03447

Maria Rosaura GUTIERREZ
IAE A213 124 362
Guatemala 1981

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 21, 2017** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Maria Rosaura GUTIERREZ was encountered by Border Patrol Agents near Roma, Texas on July 21, 2017. When questioned as to her citizenship, defendant stated that she was a citizen and national of Guatemala, who had entered the United States illegally on July 21, 2017 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Garcia, Adolfo  Border Patrol Agent
Signature of Complainant

Garcia, Adolfo    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 23, 2017                                                                 at   McAllen, Texas
Date                                                                                   City/State

Dorina Ramos            U.S. Magistrate Judge
   Name of Judge            Title of Judge                                          Signature of Judge