United States District Court
Southern District of Texas
**ENTERED**
July 26, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

                                        Plaintiff

v.                                        Case No.: 7:17-po-03447
                                        Magistrate Judge Dorina Ramos

Maria Rosaura Gutierrez

                                        Defendant

---

## AMENDED JUDGMENT

On **7/24/17**, the defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of knowingly and unlawfully entering the United States at a place other than designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), as charged in the Complaint; and the Court having found that the defendant is mentally competent, that the defendant's plea is voluntary and that there is a factual basis for the plea;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED that a term of imprisonment of **time served and a special assessment of $10.00 are hereby imposed.**

DONE at McAllen, Texas, on **7/26/17**.

                                                                 */s/ Dorina Ramos*
                                                                 Dorina Ramos
                                                                 United States Magistrate Judge